DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

MOLLY A. SMOLEN (CABN 293328)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6779
    FAX: (415) 436-7234
    Molly.smolen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 20-0138-JD |
| Plaintiff, | ) |
|  | ) UNITED STATES' SENTENCING |
| v. | ) MEMORANDUM |
|  | ) |
| ESMUN MOYSES MORAL-RAUDALES, | ) |
| Defendant. | ) |

## I. INTRODUCTION

On August 2, 2019, the government filed a complaint against Defendant, charging him with distribution of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). Defendant was arrested on this charge on February 24, 2020, waived his right to a detention hearing, and consented to proceed via information in this case. The government anticipates that Defendant will plead guilty pursuant to a plea agreement on June 29, 2020.

## II. FACTUAL BACKGROUND

On July 23, 2019, Defendant was at Mission and 7th Streets in the Tenderloin area of San Francisco when he knowingly sold cocaine base to an undercover law enforcement officer, knowing that it was cocaine base or some other federally controlled substance. The total amount of cocaine base that Defendant sold was less than 2.8 grams.

## III. SENTENCING GUIDELINES

The government believes that the correct Guidelines calculation in this case is as follows:

| | | |
|---|---|---:|
| a. | Base Offense Level, U.S.S.G. § 2D1.1: | 12 |
| b. | Acceptance of Responsibility:<br>If Defendant meets the requirements of U.S.S.G. § 3E1.1, including admitting his guilt, cooperating with the Court and the Probation Office in any presentence investigation ordered by the Court, and continuing to manifest an acceptance of responsibility through and including the time of sentencing. | - 2 |
| c. | Adjusted Offense Level: | 10 |

Defendant has a 2018 felony conviction for Accessory, for which he was sentenced to 120 days in jail. This conviction adds two points to Defendant's criminal history. Because Defendant committed the instant offense while on probation from that conviction, a further two points are added for a total of four points, making Defendant a criminal history category III. Thus, the government believes that the appropriate Guidelines calculation for Defendant is 10 – 16 months.

## IV. SENTENCING RECOMMENDATION

Consistent with the parties' plea agreement, the government recommends that the Court impose a

UNITED STATES SENTENCING MEMORANDUM
CR 20-0138-JD

1

sentence of four months imprisonment,[1] three years of supervised release, and a $100 mandatory special assessment. The government further requests that the Court impose the following special conditions of supervised release which are reasonably related to deterrence and rehabilitation:

<u>Special Condition (Searches)</u>
The defendant shall submit his person, residence, office, vehicle, electronic devices and their data (including cell phones, computers, and electronic storage media), and any property under defendant's control to a search. Such a search shall be conducted by a United States Probation Officer or any federal, state, or local law enforcement officer at any time, with or without suspicion. Failure to submit to such a search may be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches.

<u>Special condition (Tenderloin stay away)</u>
I agree that I shall not be present in the area in San Francisco bordered on the west by Polk Street and South Van Ness Avenue, on the north by Geary Street, on the east by Powell Street and 3rd Street, and on the south by Mission Street, with the following exceptions: 1) I may enter the area to attend any court proceedings at 450 Golden Gate Avenue, or after requesting and receiving approval from my assigned U.S. Pretrial Services Officer; and 2) I may travel on BART, MUNI, or other public transportation through the area, but may not then alight from said transportation and enter the area on foot.

The Tenderloin is one of San Francisco's most diverse and historic neighborhoods. It has relatively more affordable housing than other San Francisco neighborhoods, the highest concentration of school-age children, and the second-highest concentration of elderly residents. Unfortunately, the neighborhood and its vulnerable, law-abiding residents are under siege by criminals. One does not need to venture far outside our courthouse to find drug dealers, like Defendant, openly flouting the law without regard for the consequences of their actions.

While this case does not involve the same volume of drugs as other cases before the Court, the sale of any amount of drugs, especially dangerous and addictive drugs like cocaine base, is a serious offense. *See United States v. Lopez*, 104 F.3d 1149, 1151 (9th Cir. 1997) (noting that "[n]arcotics trafficking enables traffickers to reap illicit financial gains and inflict the detrimental effects of narcotics use upon our society"); *United States v. Wilkins*, 911 F.2d 337, 340 (9th Cir. 1990). The victims of that drug dealing are legion – from the addicts themselves, who ruin their health and relationships, to

---

[1] Because Defendant has been in continuous federal custody since February 24, 2020, this recommendation will in effect be a sentence of time served.

2
UNITED STATES SENTENCING MEMORANDUM
CR 20-0138-JD

community residents who must cope with the crime, poverty, and other consequences of drug dealing. However, the government believes that Defendant has a minimal criminal history, which serves as a mitigating factor in this case. It is the government's hope that this serious federal conviction will deter Defendant from future criminal behavior without the need for additional custodial time.

DATED: June 22, 2020　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　DAVID L. ANDERSON
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　 /s/ *Molly A. Smolen*
　　　　　　　　　　　　　　　　　　　　　　　MOLLY A. SMOLEN
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney