IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ESMUN MOYSES MORAL-RAUDALES,<br><br>Defendant. | **Case No.:** CR 20-00138<br><br>~~[PROPOSED]~~ **ORDER RELEASING DEFENDANT MOYSES RAUDALES FROM CUSTODY**<br><br>**The Hon. James Donato** |

Pursuant to the sentence of TIME SERVED imposed on June 29, 2020, IT IS HEREBY ORDERED that defendant ESMUN MOYSES MORAL-RAUDALES (PFN# UMD175), who is being housed at the Alameda County Santa Rita Jail, be released from the custody of the United States Marshal Service forthwith.

IT IS SO ORDERED.

July 1, 2020

Dated

HON. JAMES DONATO
United States District Judge

RELEASE ORDER
*MORAL-RAUDALES*, CR 20-00138