STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MOLLY A. SMOLEN (CABN 293328)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6779
    FAX: (415) 436-7234
    molly.smolen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00138-JD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |
| v. | |
| ESMUN MOYSES MORAL-RAUDALES, | |
| Defendant. | |

    The above-captioned case is currently set for status on the pending Form 12 on February 14, 2022. The parties are currently working toward a resolution of the pending Form 12 and therefore agree that this matter should be reset to March 14, 2022, at 10:30 a.m. or as soon as possible thereafter as the Court may hear the matter.

    Therefore, the parties hereby stipulate and agree and the Court finds and holds as follows:

1.     This matter is set before this Court for status on the pending Form 12 on February 14, 2022.

2.     Because the parties are working toward a resolution and more time to discuss the matter would be helpful, the status conference is hereby rescheduled to March 14, 2022 at 10:30 a.m.

//

Dated: February 9, 2022

/s/
MOLLY A. SMOLEN
Assistant United States Attorney
Counsel for the United States

Dated: February 9, 2022

/s/
CANDIS MITCHELL
Counsel for Esmun Moyses Moral-Raudales

IT IS SO ORDERED.

Dated: February 11, 2022

_____
HONORABLE JAMES DONATO
United States District Judge

STIPULATION AND [PROPOSED] ORDER            2                                  v. 11/01/2018
20-CR-00138-JD