STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MOLLY A. SMOLEN (CABN 293328)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6779
    FAX: (415) 436-7234
    molly.smolen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20-CR-00138-JD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING AND SETTING ADMISSION AND SENTENCING DATE |
| v. | |
| ESMUN MOYSES MORAL-RAUDALES, | |
| Defendant. | |

    The above-captioned case is currently set for status on the pending Form 12 on March 14, 2022. The parties have reached a proposed resolution and therefore hereby stipulate and request that the scheduled status date be vacated and the matter be set for an admission and sentencing on April 25, 2022, at 10:30 a.m. or as soon as possible thereafter as the Court may hear the matter.

    Therefore, the parties hereby stipulate and agree and the Court finds and holds as follows:

    1.    This matter is set before this Court for status on the pending Form 12 on March 14, 2022.

    2.    Because the parties have reached an agreed upon resolution, the March 14, 2022 status date shall be vacated, and the matter set for admission and sentencing on April 25, 2022 at 10:30 a.m.

//

| | |
|---|---|
| 1  Dated: March 8, 2022 | /s/<br>MOLLY A. SMOLEN<br>Assistant United States Attorney<br>Counsel for the United States |
| 5  Dated: March 8, 2022 | /s/<br>CANDIS MITCHELL<br>Counsel for Esmun Moyses Moral-Raudales |

IT IS SO ORDERED.

Dated: March 10, 2022

_____
HONORABLE JAMES DONATO
United States District Judge